RE REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:RE REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 RE REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2020 OK 47
Decided: 06/01/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 47, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Revocation of Certificates of Certified Shorthand Reporters

ORDER

On March 1, 2020, this Court suspended the certificates of several Certified Shorthand Reporters for failure to comply with the continuing education requirements for calendar year 2019 and/or with the annual certificate renewal requirements for 2020. See 2020 OK 16 (SCAD 2020-19).

Pursuant to the Executive Order 2020-07 (as amended), the Chief Justice, authorized that all court reporters, whose licenses were suspended on March 1, 2020, for failure to comply with the renewal requirements for 2020 be given until May 15, 2020 to comply.

The Oklahoma Board of Examiners of Certified Shorthand Reporters has advised that the court reporters listed below continue to be delinquent in complying with the continuing education and/or annual certificate renewal requirements, and the Board has recommended to the Supreme Court, the revocation of the certificate of each of these court reporters, effective May 15, 2020, pursuant to 20 O.S., Chapter 20, App. I, Rules 20(c) and 23(d).

IT IS THEREFORE ORDERED that the credential of each of the Certified Shorthand Reporters named below is hereby revoked effective May 15, 2020.

 
 
 
 Shawna Austin
 
 
 Tessa Neighbors
 
 
 
 
 Molly Cook
 
 
 David Parsons
 
 
 
 
 Missy Craig
 
 
 Debra Soukup
 
 
 
 
 Rita Hejny
 
 
 Kimberly Wilson Kaufman
 
 
 

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 1ST day of JUNE, 2020.

/S/CHIEF JUSTICE

Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert, Combs and Kane, JJ., concur;

Rowe, J., not voting.

 





 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 Oklahoma Supreme Court Cases
 Cite
Name
Level

 2020 OK 16, RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
Cited


 
 








 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA